**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                          Date:  February 16, 2011
Court Reporter:     Paul Zuckerman

Criminal Action No. 10-cr-00170-MSK

*Parties*:                                                   *Counsel Appearing:*

UNITED STATES OF AMERICA,                                    Pegeen Rhyne

       Plaintiff,

v.

VICKI DILLARD CROWE,                                         Robert Pepin

       Defendant.

**COURTROOM MINUTES**

HEARING:    Motions

**3:16 p.m.     Court in session.**

Defendant present on bond.

The Court addresses Defendant's Motion to Dismiss for Duplicity (**Doc. # 23**).

 Argument by Mr. Pepin.

**ORDER**:   Defendant's Motion to Dismiss for Duplicity (**Doc. # 23**) is **DENIED.**

The Court addresses Defendant's Motion to Dismiss for Selective Prosecution (**Doc. # 24**)

Argument and proffer by Mr. Pepin in support of requesting an evidentiary hearing with regard to this motion. The Government objects to an evidentiary hearing. Argument by Ms. Rhyne.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**    Defendant's Motion to Dismiss for Selective Prosecution (**Doc. # 24**) is **DENIED with leave to re-file.**

The Court addresses Defendant's Motion to Dismiss Count 12 or for Bill of Particulars **(Doc. # 26)**

**ORDER:**    Defendant's Motion to Dismiss Count 12 or for Bill of Particulars **(Doc. # 26)** is **WITHDRAWN.**

The Court addresses Defendant's Motion for Bill of Particulars (**Doc. # 25)**

Argument by Mr. Pepin.  The Government objects.  Argument by Ms. Rhyne.

**ORDER:**    Defendant's Motion for Bill of Particulars (**Doc. # 25**) is **DENIED.**

The Court addresses Defendant's Motion to Strike Surplusage in Indictment **(Doc. # 27).**

Argument by Mr. Pepin.   The Government objects.  Argument by Ms. Rhyne.

**ORDER:**    Defendant's Motion to Strike Surplusage in Indictment **(Doc. # 27)** is **DENIED without prejudice.**

The Court addresses Defendant's Motion for *James* Hearing **(Doc. #21).**

Statements from counsel regarding submitting a James proffer pursuant to this Court's procedure.

**ORDER:**    The Government will provide defendant its *James* Proffer by **April 18, 2011**; the defendant will provide the Government with it's objections on **May 19, 2011.** The *James* Proffer will be filed by **May 20, 2011.**

The Court addresses Defendant's Motion for Disclosure of Experts **(Doc. #22);** Defendant's Motion for Impeachment Evidence **(Doc. #29)** and Defendant's Motion for Rule 404(b) Evidence **(Doc. #30)**

Argument by Mr. Pepin as to Doc. #30 and #22.  The Government has no objection to defendant's requests in either motion.

**ORDER:**    Defendant's Motion for Disclosure of Experts **(Doc. #22) is GRANTED.** The defendant's disclosure of expert opinions  will be made 60 days before trial.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:** Defendant's Motion for Rule 404(b) Evidence **(Doc. #30)** is **GRANTED**. The Government will provide this information 40 days before trial.

**ORDER:** Defendant's Motion for Impeachment Evidence **(Doc. #29) is WITHDRAWN.**

The Court addresses Defendant's Motion for Jury Questionaire **(Doc. #28) and** Defendant's Motion for Attorney-Conducted *Voir Dire (***Doc. #31***).*

The Court defers ruling on Defendant's Motion for Jury Questionaire **(Doc. #28) and** Defendant's Motion for Attorney-Conducted *Voir Dire (***Doc. #31***).*

The Court addresses Defendant's Motion to Continue Jury Trial  (**Doc. #51**)

Argument by Mr. Pepin. The Government has no objection.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:** The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Defendant's Motion to Continue Jury Trial (**Doc. #51**) is **GRANTED**. The trial scheduled to begin on **May 16, 2011 at 1:00 p.m.** and the Final Trial Preparation Conference set on **May 13, 2011 at 4:00 p.m.** are both **VACATED**. Jury trial is continued to **December 5, 2011 at 1:00 p.m.; to continue the weeks of December 12 and December 19, 2011.** All subsequent days of trial will begin at 8:30 a.m., unless counsel are notified otherwise. **This trial is set in a second position.** The Final Trial preparation Conference is re-set to **December 2, 2011 at 4:00 p.m.,** all in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** 702 Motions will be filed by **October 19, 2011.**

**4:14 p.m.** **Court in recess.**

**Total Time: 58 minutes.**
**Hearing concluded.**