**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Bernique Abiakam          Date: September 27, 2012
Court Reporter: Terri Lindblom
Probation Officer:  Sergio Garza

Criminal Action No. 10-cr-00170-MSK

*Parties*:                                                              *Counsel*:

UNITED STATES OF AMERICA,                      Pageen D. Rhyne

             Plaintiff,

v.

VICKI DILLARD CROWE,                                Forrest W. Lewis
             a/k/a Vicki R. Dillard,

             Defendant.

_____

**SENTENCING MINUTES**
_____

**9:03 a.m.       Court in session**.

Court calls case.  Appearances of counsel.  Also present for the Government is Special Investigator, Sandra Blain.

Defendant present on bond.

Preliminary remarks by the Court.

Statement by the Defendant regarding "*pro se*" document she wishes to tender to the Court.

**9:08 a.m.       Court in recess.**

**9:17 a.m.       Court in session.**

Further discussion regarding Defendant's "*pro se*" motion entitled, "Supplemental to combined Motion for Judgment of Acquittal Under Fed.R.Crim.P. 29( c ) and, Alternative Motion for New Trial Under Fed.R.Crim.P. 33 Based on the Forged Stipulation Regarding Interstate Wires, the Government's Use of Faulty Bank Names and Financial Figures, *Inter Alia* & Request for Clarity".

Statement by Mr. Lewis.

Statement by Ms. Rhyne.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

Oral findings are made of record.

**ORDER:** **The Oral Request by Defendant, Vicki Dillard Crowe, to resolve the issues raised in her tendered "*pro se*" motion (Doc. No. 171), prior to sentencing, is DENIED.**

**Defendant found guilty of Counts One thru Sixteen by a jury on December 16, 2011.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

| | |
|---|---|
| 9:50 a.m. | Government's witness, Susan Henrick, called and sworn. Direct examination begins by Ms. Rhyne. |
| 10:37 a.m. | Cross examination begins by Mr. Lewis. |
| 10:52 a.m. | Witness excused. |
| 10:53 a.m. | Government's witness, Edward Kljunich, called and sworn. Direct examination begins by Ms. Rhyne. |

**Government's exhibits 1-116 offered and admitted.**

| | |
|---|---|
| 11:32 a.m. | Cross examination begins by Mr. Lewis. |
| 11:36 a.m. | Witness excused. |

The parties **do not** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government and defense counsel.

**ORDER:** **Government's counsel shall provide the Court with copies of the complete Deeds of Trust.**

**12:05 p.m.** **Court in recess.**

**1:18 p.m.** **Court in session.**

Allocution. - Statement made by: The Defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 3

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  Argument made by (The Government) (defense counsel)

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** **Motion For Probationary Sentence (Filed 3/22/12; Doc. No. 144) is DENIED.**

The defendant is advised of her right to appeal.

Argument heard by counsel regarding The Government's Oral Motion for Immediate Remand.

**ORDER:** **The Government's Oral Motion for Immediate Remand is GRANTED.**

**ORDER:** **Defendant is remanded to the custody of the United States Marshal for the District of Colorado.**

**3:09 p.m.** **Court in recess.**
Total Time: 4 hours, 44 minutes.
Hearing concluded.