IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 10-cr-00170-MSK-1
(Civil Action No. 15-cv-00655-MSK)

UNITED STATES OF AMERICA,

v.

VICKI DILLARD CROWE, a/k/a/ Vicki R. Dillard,

    Movant.

---

# ORDER DIRECTING GOVERNMENT TO FILE PRELIMINARY RESPONSE

---

The Movant, Vicki Dillard Crowe, a/k/a Vicki R. Dillard, has filed, *pro se*, a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody ("Motion"). (ECF No. 218). Upon preliminary review of the Motion, it is unclear whether it was filed within the one-year period provided for in 28 U.S.C. § 2255(f). Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** the United States shall file a Preliminary Response addressing the timeliness of the Motion under 28 U.S.C. § 2255(f), and shall attach any relevant documentation. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Preliminary Response**, the Movant may file a Reply to the Preliminary Response.

DATED this 7th day of April, 2015.

**BY THE COURT:**

_____
Marcia S. Krieger
Chief United States District Judge